FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN D. BLACK,

    Plaintiff,

vs.

GREG COX, et al.,

    Defendants.

Case No. 3:11-CV-00607-ECR-(VPC)

**ORDER**

    Plaintiff having submitted a request for extension to file amended complaint (#11), and good cause appearing;

    IT IS THEREFORE ORDERED that plaintiff's request for extension to file amended complaint (#11) is **GRANTED**. Plaintiff shall have through January 9, 2012, to file an amended complaint.

DATED: December 13, 2011.

_____
EDWARD C. REED
United States District Judge