# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN D. BLACK,

    Plaintiff,

vs.

GREG COX, et al.,

    Defendants.

Case No. 3:11-CV-00607-ECR-(VPC)

**ORDER**

    The copy of order #12 was returned in the mail. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    DATED: February 6, 2012.

_____
EDWARD C. REED
United States District Judge