AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

KEVIN D. BLACK,

      Plaintiff,  
V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00607-ECR-VPC**

GREG COX, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for plaintiff's failure to inform the court of his current address.

  February 7, 2012                               **LANCE S. WILSON**  
                                                                 Clerk

                                                                /s/ Katie Lynn Ogden  
                                                                       Deputy Clerk